PROB 12C
(6/16)

Report Date: September 15, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2020

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Thomas Curtis Collum, Sr.        Case Number: 0980 2:08CR00137-WFN-41

Address of Offender:                                Newport, Washington 99156

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 14, 2010

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1) | |
| Original Sentence: | Prison - 121 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: August 20, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: August 19, 2023 |

**PETITIONING THE COURT**

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #16:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On September 4, 2020, it is alleged that Mr. Collum violated special condition number 16 by testing positive for methamphetamine.<br><br>On August 21, 2018, Mr. Collum was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment and indicated he understood his conditions in full.<br><br>On September 4, 2020, Mr. Collum supplied a urine sample that tested presumptive positive for methamphetamine. He signed a drug use admission form reflecting his relapse. On September 13, 2020, Alere Toxicology Laboratory confirmed the urine sample Mr. Collum provided on September 4, 2020, tested positive for methamphetamine. |

Prob12C
Re: Collum, Thomas Curtis Sr.
September 15, 2020
Page 2

| | | |
|---|---|---|
| 2 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. | |

**Supporting Evidence**: Mr. Collum allegedly violated standard condition number 3 by failing to be truthful when answering the undersigned probation officer's questions.

On August 21, 2018, Mr. Collum was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment and indicated he understood his conditions in full.

On September 3, 2020, the undersigned officer attempted to allow Mr. Collum the opportunity to be truthful regarding his urine samples, to include validity of them. Mr. Collum stated he had not relapsed on drugs, although two separate urine samples were reported by the laboratory as either not being human specimens or that the sample was colder than what the human body could produce. He denied using anyone else's urine to falsify the test.

On September 4, 2020, Mr. Collum supplied a urine sample that tested presumptive positive for methamphetamine. On September 8, 2020, he was confronted with the alleged drug use and at that time he disclosed he had been dishonest with this officer. He reported he had been using illegal drugs and bringing in other people's urine in an attempt to circumvent his urinalysis tests.

| | | |
|---|---|---|
| 3 | **Special Condition #16:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. | |

**Supporting Evidence**: On September 11, 2020, Mr. Collum was alleged to be in violation of special condition number 16 by testing positive for methamphetamine and marijuana.

On August 21, 2018, Mr. Collum was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment and indicated he understood his conditions in full.

On September 11, 2020, Mr. Collum supplied a urine sample that tested presumptive positive for methamphetamine and marijuana. He signed a drug use admission form reflecting he relapsed on September 10, 2020. The sample has been sent to Alere Toxicology Laboratory for further analysis.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/15/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C

**Re: Collum, Thomas Curtis Sr.**
**September 15, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

9/16/2020
Date