PROB 12C
(6/16)

Report Date:  November 20, 2020

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2020

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Curtis Collum, Sr.          Case Number: 0980 2:08CR00137-WFN-41

Address of Offender:                    Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 14, 2010

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1) |
| Original Sentence: | Prison - 121 months<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks |
| | Date Supervision Commenced: August 20, 2018 |
| Defense Attorney: | Molly Winston |
| | Date Supervision Expires: August 19, 2023 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/15/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #20:** You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |

**Supporting Evidence**: On November 17, 2020, Mr. Collum was in alleged violation of special condition number 20 by failing to follow the rules and regulations of the Pioneer Center East (PCE) inpatient facility. This led to his unsuccessful termination.

On August 21, 2018, Mr. Collum was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment and indicated he understood his conditions in full.

On November 17, 2020, the undersigned was made aware by PCE staff that Mr. Collum began suffering heart and COVID-19 related issues and was strongly encouraged to go to the hospital. This was the third time Mr. Collum had been taken to the hospital while at PCE. He understood that if he left the hospital, he would need to be taken back to PCE by a taxi.

Prob12C
**Re: Collum, Thomas Curtis**
**November 20, 2020**
**Page 2**

On November 17, 2020, Mr. Collum left the hospital before he was provided his COVID-19 test results. He told hospital staff he was "going home." As a result, he was unsuccessfully discharged from PCE services.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/20/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/20/2020

Date