PROB 12C
(6/16)

Report Date: February 12, 2021

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 12, 2021**

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Thomas Curtis Collum, Sr. | Case Number: 0980 2:08CR00137-WFN-41 |
| Address of Offender: | Washington 99156 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 14, 2010

Original Offense: Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison - 121 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: August 20, 2018 |
| Defense Attorney: | Molly Winston | Date Supervision Expires: August 19, 2023 |

## PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 9/15/2020 and 11/20/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #16:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: On February 11, 2021, Mr. Collum allegedly violated special condition number 16 by testing positive for methamphetamine. |
| | On August 21, 2018, Mr. Collum was given a copy of his judgment and his conditions of supervision were explained to him. He signed the judgment and indicated he understood his conditions in full. |
| | On February 11, 2021, Mr. Collum reported to Pioneer Human Services (PHS) and supplied a urine sample that tested presumptive positive for methamphetamine. Mr. Collum signed a drug use admission form stating he used methamphetamine on February 8, 2020. The urine sample was set to Alere Toxicology Laboratory for further examination. |

Prob12C
Re: Collum, Thomas Curtis
February 12, 2021
Page 2

The U.S. Probation Office respectfully recommends the Court **to issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  02/12/2021

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

2/12/2021

Date