PROB 12C
(6/16)

Report Date: April 4, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Curtis Collum, Sr.          Case Number: 0980 2:08CR00137-WFN-41

Address of Offender: ███████████████ Newport, Washington 99156

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 14, 2010

Original Offense:   Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1)

Original Sentence:   Prison - 121 months          Type of Supervision: Supervised Release
                     TSR - 60 months

Revocation Sentence   Prison - 6 months
(March 4, 2021)       TSR - 36 months

Asst. U.S. Attorney:  Earl Allan Hicks          Date Supervision Commenced: August 20, 2021

Defense Attorney:     Molly Marie Winston       Date Supervision Expires: August 19, 2024

### PETITIONING THE COURT

To **issue a WARRANT** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/04/2022.

On August 26, 2021, the conditions of supervision were reviewed with Mr. Collum. He signed his revocation judgment acknowledging an understanding of his conditions of supervision, including special condition number 4.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged Mr. Collum violated his conditions of supervised release by using marijuana on or around March 23, 2022. |
| | On March 23, 2022, the color of the day for urinalysis testing at Pioneer Human Services was brown, which is Mr. Collum's assigned color. He provided a urine sample for testing. The sample was positive for marijuana, and it was later confirmed by Alere Toxicology Laboratory. Mr. Collum denied using said substance via a written statement. |

Prob12C
Re: Collum, Thomas Curtis
April 4, 2022
Page 2

7     **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: It is alleged Mr. Collum violated his conditions of supervised release by using methamphetamine on or around March 23, 2022.

            On March 23, 2022, the color of the day for urinalysis testing at Pioneer Human Services was brown, which is Mr. Collum's assigned color. He provided a urine sample for testing. The sample was positive for methamphetamine, and was later confirmed by Alere Toxicology Laboratory. Mr. Collum denied using said substance via a written statement.

8     **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

            **Supporting Evidence:** It is alleged Mr. Collum is in violation of his conditions of supervised release by failing to attend intensive outpatient treatment on March 29, 2022.

            On March 30, 2022, the undersigned officer was notified that Mr. Collum was not present for his intensive outpatient treatment on March 29, 2022. When confronted, Mr. Collum stated, "he tried like hell" to get himself logged into treatment, but was unable to do so.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation s contained in this petition in future proceedings with the violations previously reported to the Court and **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 4, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
**Re: Collum, Thomas Curtis**
April 4, 2022
Page 2

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_4/5/2022_____
Date