PROB 12C
(6/16)

Report Date:  April 13, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 13, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Curtis Collum          Case Number: 0980 2:08CR00137-WFN-41

Address of Offender: ███████████ Newport, Washington 99156

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 14, 2010

Original Offense:          Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1)

Original Sentence:          Prison - 121 months;          Type of Supervision: Supervised Release
                            TSR - 60 months

Revocation Sentence:       Prison - 6 months
(March 4, 2021)            TSR - 36 months

Asst. U.S. Attorney:       Earl Allan Hicks          Date Supervision Commenced: August 20, 2021

Defense Attorney:          Molly Marie Winston          Date Supervision Expires: August 19, 2024

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/04/2022, and 04/05/2022.

On August 26, 2021, the conditions of supervision were reviewed with Mr. Collum. He signed his revocation judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 9 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged Mr. Collum violated his conditions of supervised release by using methamphetamine on April 5 and 6, 2022.

On April 5 and 6, 2022, Mr. Collum provided random urinalysis tests at Pioneer Human Services. The urine samples were sent to Alere toxicology for further testing and were later confirmed to be positive for methamphetamine. At the time the urinalysis tests were submitted, he denied using illicit drugs.

**Prob12C**
**Re: Collum, Thomas Curtis**
**April 13, 2022**
**Page 2**

10          **Special Condition #3:** You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence:** It is alleged Mr. Collum is in violation of his conditions of supervised release by failing to attend intensive outpatient treatment on April 4 and 12, 2022.

On April 5, 2022, the undersigned officer was notified that Mr. Collum was not present for his intensive outpatient treatment on April 4, 2022. On April 13, 2022, the undersigned was notified that Mr. Collum missed his intensive outpatient treatment on April 12, 2022.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 13, 2022

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

4/13/2022

Date