PROB 12C
(6/16)

Report Date: December 7, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Thomas Curtis Collum, Sr.    Case Number: 0980 2:08CR00137-WFN-41

Address of Offender: ███████████████████████ Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: April 14, 2010

Original Offense:    Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846 and 841(a)(1)

Original Sentence:    Prison - 121 months          Type of Supervision: Supervised Release
                      TSR - 60 months

Revocation Sentence:  Prison - 6 months
(March 4, 2021)       TSR - 36 months

Asst. U.S. Attorney:  Earl A. Hicks               Date Supervision Commenced: August 20, 2021

Defense Attorney:     Molly Marie Winston         Date Supervision Expires: August 19, 2024

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 1/4/2022, 4/5/2022, and 4/13/2022.

On August 26, 2021, Mr. Collum's conditions of supervision were reviewed by the probation officer and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition #1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), on or about September 30, 2022.<br><br>On December 6, 2022, an indictment was filed in the Eastern District of Washington charging the offender with felon in possession of a firearm, docket number 2:22CR000168-WFN-1. On that same date, a warrant was issued for his arrest. |

Prob12C
**Re: Collum, Sr., Thomas Curtis**
**December 7, 2022**
**Page 2**

|     | |
| --- | --- |
|     | According to investigative documents, on September 30, 2022, members of the U.S. Marshals Service, Pacific Northwest Violent Offenders Task Force, and Pend Oreille Country Sheriff's Office, made contact with the offender while executing a federal warrant that was issued in relation to violations of supervised release. During this incident, officers recovered a shotgun from Mr. Collum's bedroom. |
| 12  | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |
|     | **Supporting Evidence**: The offender is alleged to have violated standard condition number 10, by possessing a firearm and ammunition, on or about September 30, 2022. |
|     | As previously indicated, on September 30, 2022, the offender was found in possession of a shotgun. The shotgun was loaded with 2 Remington brand 12 guage ammunition cartridges. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 7, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.

Signature of Judicial Officer

12/8/2022
Date